UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-81198-CIV-MIDDLEBROOKS/JOHNSON

DONNA BRICE, on her own behalf
and all others similarly situated,

    Plaintiff,

v.

PLANET KIDS III, INC., a Florida Corporation;
and MANUEL SARRIA,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' counsel's telephone call to chambers on May 28, 2008, indicating that the parties have reached a settlement, and will be filing their settlement papers within the next seven to ten days. The Court congratulates the parties for the amicable resolution of this matter. Accordingly it is hereby

ORDERED AND ADJUDGED that the parties shall file their stipulation of dismissal and settlement agreement[1] on or before 5:00 p.m. on June 9, 2008. The Court reminds the partes that all pre-trial deadlines and requirements remain in full force and effect until the filing of the required paperwork.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 28th day of May, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

---

[1] As this is an FLSA case, the Court must review the settlement agreement for fairness. *See Lynn's Food Stores, Inc. v. U. S.*, 679 F.2d 1350, 1353 (11th Cir. 1982).